

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CF 135 FLAT LLC, CF 135 WEST MEMBERS LLC, and THE CHETRIT GROUP, LLC,<br><br>        Interpleader Plaintiffs,<br><br>   - against -<br><br>TRIADOU SPV S.A. and CITY OF ALMATY, a foreign city,<br><br>        Interpleader Defendants.<br><br>CITY OF ALMATY, KAZAKHSTAN and BTA BANK JSC,<br><br>        Crossclaim Plaintiffs,<br><br>   - against -<br><br>MUKHTAR ABLYAZOV, VIKTOR KHRAPUNOV, ILYAS KHRAPUNOV, and TRIADOU SPV S.A.,<br><br>        Crossclaim Defendants. | ECF Case<br><br>No. 15 CV 05345 (AJN) |

## TRIADOU SPV S.A.'S RULE 26 INITIAL DISCLOSURES

Crossclaim Defendant Triadou SPV S.A. ("Triadou"), by and through its undersigned counsel, submits its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) and this Court's Civil Case Management Plan and Scheduling Order, dated July 29, 2016 (ECF No. 205), to Crossclaim Plaintiffs City of Almaty ("Almaty") and BTA Bank JSC ("BTA") (together, "Almaty/BTA"), and to Crossclaim Defendants Mukhtar Ablyazov, Viktor Khrapunov, and Ilyas Khrapunov. Triadou reserves the right to amend or supplement these disclosures to the extent it becomes aware of additional information or documents during the course of discovery.

By serving these disclosures, Triadou does not admit or acknowledge that the information or documents identified herein constitute admissible evidence, are relevant to this action, or may lead to the discovery of admissible evidence. Triadou specifically reserves the right to oppose discovery of any information or documents identified herein to the extent the discovery (i) is not relevant to any party's claim or defense, (ii) is not proportional to the needs of the case, or (iii) seeks information protected from discovery or disclosure by some applicable privilege or immunity, including the attorney-client privilege, attorney work product doctrine, and/or any other rule or privilege, immunity or confidentiality protected by law.

**I. FED. R. CIV. P. 26(a)(1)(A)(i) – INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

The following individuals are likely to have knowledge of the facts relating to the parties' claims and defenses in this action, with the exception of those who may be called at trial solely for the purposes of impeachment.

| Name | Address | Nature of Information |
|---|---|---|
| Madina Ablyazova | Unknown | Information regarding Mukhtar Ablyazov and Ilyas Khrapunov |
| Mukhtar Ablyazov | c/o Kobre & Kim LLP<br>Jonathan D. Cogan<br>800 Third Avenue<br>New York, NY 10022 | Information regarding allegations in the Crossclaims |
| Nicolas Bourg | Belgium | Information regarding Triadou and its investments, business with the Chetrit Entities, and Bourg's misconduct |
| Cesare Cerrito | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding Triadou's operations and finances, SDG's operations and finances, and the sale of SDG |

| Name | Address | Nature of Information |
|---|---|---|
| Joseph Chetrit | 512 7th Avenue<br>New York, NY 10018 | Information regarding New York real estate investments including Flatotel and Cabrini Medical Center, the assignment and disposition of those investments, and investment in Bourg's endeavors |
| Meyer Chetrit | Unknown | Information regarding New York real estate investments including Flatotel and Cabrini Medical Center |
| Agnes Cossu<br>(Chabrier Avocats) | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding SDG Board meetings |
| Erik Elkain<br>(Associate of J. Chetrit) | Unknown | Information regarding New York real estate investments including Flatotel and Cabrini Medical Center |
| Laurent Foucher<br>(Partner of N. Bourg) | Unknown | Information regarding Triadou's operations and investments, and Bourg's conduct |
| Jean-François Garneau<br>(Former CEO of SDG) | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding Triadou's operations and finances, SDG's operations and finances, and the purchase of SDG |
| David Gaymard<br>(Former SDG Manager) | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding Triadou's operations and finances, SDG's operations and finances, and the purchase of SDG |
| Marc Gillieron<br>(SDG Board Member) | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding Triadou's operations and finances, SDG's operations and finances, and the purchase of SDG |
| Philippe Glatz | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding Triadou's operations and finances, SDG's operations and finances, and the purchase of SDG |

| Name | Address | Nature of Information |
|---|---|---|
| Jehoshua Graff | Sukenik, Segal & Graff, P.C.<br>450 7th Avenue<br>42nd Floor<br>New York, NY 10123 | Information regarding New York real estate investments including Flatotel and Cabrini Medical Center |
| Bernard Katz<br>(Former SDG Board Member) | c/o Blank Rome LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174 | Information regarding Triadou's operations and finances, SDG's operations and finances, and the purchase of SDG |
| Ilyas Khrapunov | c/o Hoguet Newman Regal & Kennedy LLP<br>John J. Kenney<br>10 East 40th Street<br>New York, NY 10016 | Information regarding allegations in the Crossclaims |
| Leila Khrapunova | Unknown | Information regarding Viktor Khrapunov |
| Viktor Khrapunov | c/o Hoguet Newman Regal & Kennedy LLP<br>John J. Kenney<br>10 East 40th Street<br>New York, NY 10016 | Information regarding allegations in the Crossclaims |
| Matthew Meltsner | 135 West 52nd Street Owner, LLC<br>512 7th Avenue<br>New York, NY 10018 | Information regarding New York real estate investments including Flatotel |
| Kevin Meyer<br>(Former associate of N. Bourg) | Unknown | Information regarding Triadou's operations and investments, and Bourg's conduct |
| Gennady Petelin | House 6, Apt. 43<br>Volzhskiy Blvd. Moscow, Russian Federation | Information regarding Telford Trust, Telford International Limited, and the sources of Telford's funding |
| Elena Petelina | House 6, Apt. 43<br>Volzhskiy Blvd.<br>Moscow, Russian Federation | Information regarding Telford Trust, Telford International Limited, and the sources of Telford's funding |

4

EXHIBIT 11

169

| Name | Address | Nature of Information |
|---|---|---|
| Mamadrafik Rosanaly | Lot II B57 Mahalavolona, Antananarivo, Madagascar | Information regarding Telford Trust |

## II. FED. R. CIV. P. 26(a)(1)(A)(ii) – CATEGORIES AND LOCATIONS OF RELEVANT DOCUMENTS

The following list identifies the categories of documents and electronically stored information in Triadou's possession, custody, or control, that it may use to support its claims and defenses in this action, with the exception of those that may be used solely for the purpose of impeachment at trial. As noted below, upon information and belief, some of these materials are already in Almaty/BTA's and/or the other Crossclaim Defendants' possession, custody, or control and/or more readily accessible through other entities not party to this litigation.

| Category | Location |
|---|---|
| Documents regarding Triadou's operations, investments, funding, and finances | Geneva, Switzerland |
| Documents regarding Triadou's formation | Luxembourg |
| Documents regarding the purchase/sale of SDG | Geneva, Switzerland |
| Documents regarding Triadou's U.S. investments and related communications with the Chetrit Entities | Geneva, Switzerland |

## III. FED. R. CIV. P. 26(a)(1)(A)(iii) – COMPUTATION OF CATEGORIES OF DAMAGES

Triadou does not anticipate seeking damages (except to the extent the attachment order is vacated), aside from any relief the Court deems just and appropriate under the circumstances, in an amount to be determined at trial. Triadou reserves the right to amend its damages computation as its investigation and discovery proceed.

**IV.    FED. R. CIV. P. 26(a)(1)(A)(iv) – INSURANCE AGREEMENTS**

Triadou is unaware of any insurance agreement under which an insurance business may be liable to satisfy all or part of any judgment against Triadou in this action, or to indemnify or reimburse Triadou for payments made to satisfy any such judgment here.

Dated: New York, New York
       August 12, 2016

BLANK ROME LLP

By:    s/Deborah A. Skakel
      Deborah A. Skakel
      Alex E. Hassid
      Robyn L. Michaelson
The Chrysler Building
405 Lexington Avenue
New York, New York  10174-0208
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
dskakel@blankrome.com
ahassid@blankrome.com
rmichaelson@blankrome.com

*Counsel for Crossclaim-Defendant
Triadou SPV S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of August, 2016, a true and correct copy of **Triadou's Rule 26 Initial Disclosures**, was served by electronic mail on all of the following:

| | |
|---|---|
| Matthew L. Schwartz<br>Randall Jackson<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>mlschwartz@BSFLLP.com<br>RJackson@BSFLLP.com<br><br>*Counsel for Almaty/BTA*<br><br>David Segal<br>David Salhanick<br>SUKENIK, SEGAL & GRAFF, P.C.<br>404 Fifth Avenue, 5th Floor<br>New York, NY 10018<br>davidsegal@ssglaw.com<br>dsalhanick@ssglaw.com<br><br>*Counsel for the Chetrit Entities* | John J. Kenney<br>John P. Curley<br>HOGUET NEWMAN REGAL &<br>KENNEDY LLP<br>10 East 40th Street<br>New York, NY 10016<br>jkenney@hnrklaw.com<br>jcurley@hnrklaw.com<br><br>*Counsel for Viktor and Ilyas Khrapunovs*<br><br>Jonathan D. Cogan<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br>jonathan.cogan@kobrekim.com<br><br>*Counsel for Mukhtar Ablyazov* |

                                                   s/ Deborah A. Skakel
                                                  Deborah A. Skakel

EXHIBIT 11
172