ILLOVSKY LAW OFFICE

1611 TELEGRAPH AVENUE
SUITE 806
OAKLAND, CALIFORNIA 94612

t   510.394.5885
m  925.699.2826

eugene@illovskylaw.com
www.illovskylaw.com

July 24, 2018

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007
Parker_NYSDChambers@nysd.uscourts.gov

> Re: City of Almaty, Kazakhstan, et ano. v. Mukhtar Ablyazov, et al.
>      Case No.  15-Civ. 5345 AJN KHP
>
>      City of Almaty, et ano. v. Gennady Petelin
>      Case No.  18 Misc. 227 AJN KHP

Dear Judge Parker:

I represent non-party Gennady Petelin and respectfully request that the Court accept for filing under seal the enclosed letter and declaration in response to a motion by the Plaintiffs City of Almaty and BTA Bank JSC (the "Kazakh Entities") to compel Mr. Petelin to appear for deposition on July 26 - 27.  (ECF No. 799).

As required by Paragraphs I(a) and III(d) of the Court's February 7, 2018 Individual Practices in Civil Cases, the accompanying e-mail includes the letter to be filed under seal and a version of the letter to be filed publicly (with highlights reflecting the proposed redactions).

The reason for the request to seal the letter response and declaration is that they contain personal and sensitive medical information and thus warrant protection under the November 30, 2016 Protective Order.

ILLOVSKY LAW OFFICE

Hon. Katharine H. Parker
July 24, 2018
Page 2 of 2


Accordingly, Mr. Petelin respectfully asks the Court to allow that the letter response
and declaration to be filed under seal.


Respectfully Submitted,

Eugene Illovsky