BOERSCH & ILLOVSKY LLP
Eugene Illovsky (CA State Bar No. 117892)
Eugene@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (510) 394-5885

Attorneys for Third Party
Gennady Petelin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF ALMATY, *et ano.*,<br><br>         Movant,<br><br>         v.<br><br>GENNADY PETELIN,<br><br>         Respondent. | Case No. 18-misc-227-AJN-KHP<br><br>**NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

   Please take notice that effective immediately, undersigned counsel's firm is no longer Illovsky Law Office but is now Boersch & Illovsky LLP.  Mr. Illovsky's new email address is eugene@boersch-illovsky.com.  The firm's mailing address and telephone number remains the same.

Dated:  May 16, 2019                          BOERSCH & ILLOVSKY LLP

                                               /s/Eugene Illovsky
                                              Eugene Illovsky

                                              Attorney for Gennady Petelin