USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/07/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,
                              Plaintiffs,           ORDER

              -against-                             15-CV-05345 (AJN) (KHP)

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                              Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,
                              Plaintiffs,

              -against-                             18-MC-227 (AJN) (KHP)

GENNADY PETELIN,
                              Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 4, 2019, the parties attended a pre-motion conference before this Court. As discussed during the conference, an evidentiary hearing concerning Plaintiffs' Motion for Sanctions and Contempt against Gennady Petelin is hereby scheduled for **September 24, 2019 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

In advance of the hearing, the Court will permit the parties to exchange document requests and up to five contention interrogatories that should be served by no later than **June 19, 2019** and should be answered by no later than **July 19, 2019**. No depositions will be permitted. Because the Court will permit post-hearing briefing, the parties should not file any briefs prior to the hearing.

**SO ORDERED.**

Dated: June 7, 2019
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge