USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITY OF ALMATY, KAZAHKSTAN, and
BTA BANK JSC,

                          Plaintiffs,

       -against-

MUKHTAR ABLYAZOV, ILYAS KHRAPUNOV,
VIKTOR KHRAPUNOV and TRIADOU SPV S.A.,

                         Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
CITY OF ALMATY, et ano.

                         Plaintiffs,

       -against-

GENNADY PETELIN,

                         Defendant.
------------------------------------------------------------X

**ORDER CONCERNING PETELIN'S TESTIMONY**

**15-CV-05345 (AJN) (KHP)**

**18-MC-227 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     Upon careful review and consideration of the parties' letters regarding Plaintiffs' proposed motion for contempt and sanctions against Gennady Petelin, the Court finds that making a ruling as to whether Petelin provided false testimony and produced false documents in connection with his deposition is, at this point, premature.  Accordingly, Plaintiffs' motion for sanctions against Petelin is denied without prejudice to renew.  Plaintiffs may re-request permission to file a motion for sanctions against Petelin after a trial on the merits in *City of Almaty et. ano. v. Ablyazov, et al.*, 15-CV-05345 (AJN) (KHP), to the extent proof is established that Petelin, in fact, lied during his deposition and produced false documents.  In light of the above, the hearing currently scheduled for September 24, 2019 is cancelled.

Defendant Triadou SPV S.A. will still be permitted to depose a witness from SMP Partners who can authenticate the SMP documents. This deposition must occur prior to **October 31, 2019**.

Dated: September 11, 2019
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge