UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

CITY OF ALMATY, ET AL.,

              Movants,

   - against -

GENNADY PETELIN,

              Respondent.
―――――――――――――――――――――――――――

18-mc-227 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           April 11, 2022

                                      John G. Koeltl
                              United States District Judge